DAVID BARRON, ESQ.
Nevada Bar No. 142
CHELSEA PYASETSKYY, ESQ.
Nevada Bar No. 11688
**BARRON & PRUITT, LLP**
3890 West Ann Rd.
North Las Vegas, Nevada 89031
Telephone: 702-870-3940
Facsimile:  702-870-3950
dbarron@lvnvlaw.com
cpyasetskyy@lvnvlaw.com
*National Self Storage Management dba*
*National Self Storage*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| ERIC MACKEY, an individual; PATRICK COTTINGHAM, an individual<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SELF STORAGE MANAGEMENT d/b/a NATIONAL SELF STORAGE,  an Arizona corporation; DOES I through X;  and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.:    2:10-cv-01252-GMN-PAL<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS' COMPLAINT AGAINST DEFENDANT NATIONAL SELF STORAGE MANAGEMENT AND RELATED CROSS-CLAIMS** |
| AND RELATED CROSS-CLAIMS | |

**IT IS HEREBY STIPULATED** by and between Plaintiffs ERIC MACKEY and PATRICK COTTINGHAM, by and through their counsel of record of Marquis & Aurbach, and Defendant NATIONAL SELF STORAGE MANAGEMENT d/b/a NATIONAL SELF STORAGE ("NATIONAL SELF STORAGE") by and through its counsel of record, Barron & Pruitt, LLP, that Plaintiffs ERIC MACKEY and PATRICK COTTINGHAM's above-captioned case shall be dismissed against Defendant NATIONAL SELF STORAGE, LLC, with prejudice, each of the parties to bear their respective fees and costs.

**IT IS FURTHER STIPULATED,** that Counter-Claimant NATIONAL SELF STORAGE's claims against ERIC MACKEY shall be dismissed, with prejudice, each party to bear its own costs and fees.

MARQUIS & AURBACH

_____
Terry A. Moore, Esq.
Nevada Bar No. 7831
Charles M. Vlasic III, Esq.
Nevada Bar No. 11308
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
*Attorney for Plaintiffs*

BARRON & PRUITT, LLP

_____
David Barron, Esq.
Nevada Bar No. 142
Chelsea Pyasetskyy, Esq.
Nevada Bar No. 11688
3890 West Ann Road
North Las Vegas, Nevada 89031
*Counsel for Defendant*
*National Self Storage*

IT IS SO ORDERED this 21st day of September, 2010.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

BARRON & PRUITT, LLP

_____
DAVID BARRON, ESQ.
Nevada Bar No. 0142
CHELSEA PYASETSKYY, ESQ.
Nevada Bar No. 11688
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*National Self Storage*